IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEE TOWER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D16-0904

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed June 21, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Lee Tower, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the judgment and sentence rendered on

December 3, 2014, in Okaloosa County Circuit Court case number 2014-CF-000891-

C, is granted.  Upon issuance of mandate, a copy of this opinion shall be furnished to

the clerk of the lower tribunal for treatment as a notice of appeal. If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is directed to appoint counsel to represent her in the appeal authorized by this opinion.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.